UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ERIC STAPLETON                                                                               PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:14CV990 DPJ-FKB

HINDS COUNTY BOARD OF SUPERVISORS, ET AL.                        DEFENDANTS

ORDER OF DISMISSAL

This cause is before the Court *sua sponte*. At the time he filed suit, *pro se* Plaintiff Eric Stapleton was incarcerated at the Hinds County Detention Center. On June 3, 2015, the Court ordered [10] Stapleton to sign and return his Response [9] to the Court's prior Order [8] by June 17, 2015. The Order [10] was returned as undeliverable [11]. On July 6, 2015, the Court entered an Order to Show Cause [12], directing Stapleton to show cause by July 23, 2015, why this case should not be dismissed for failure to prosecute and failure to file a response to the Court's Order [10].

To date, Stapleton has not filed his Response, notified the Court of his address change, or otherwise contacted the Court. In each of the Court's prior Orders [7, 8, 10, 12], Stapleton was advised that a failure to keep the Court apprised of his address and/or a failure to comply with any Court Order may result in dismissal.

Accordingly, the Court finds this action should be dismissed without prejudice.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 6th day of August, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE